# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JOHN EARL JORDAN, JR.,**        ) | |
| )                                    | |
| **Petitioner**       ) | |
| )                                    | |
| v.                   ) | |
| )                                    **Case No. 1:09-CV-00057-VEH-HGD** |
| **CONSTANCE REESE, Warden,** ) | |
| et al.,               ) | |
| )                                    | |
| **Respondents**      ) | |

## FINAL JUDGMENT

On February 11, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. On February 17, 2009, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge and it is, therefore,

**ORDERED**, **ADJUDGED** and **DECREED** that the petition for writ of habeas corpus in this action be and the same hereby is **DENIED**.

**DONE** this the 2nd day of March, 2009.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge